UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Detria Legg,
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

SDNY
_____

**16CV 0821**

COMPLAINT

Jury Trial:  ☐ Yes   ☐ No
(check one)

RECEIVED
FEB -2 2016
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Detria Legg
            Street Address  121-09 197 Street
            County, City  Springfield Gdns
            State & Zip Code  New York, 11413
            Telephone Number  718-986-1073

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  SDNY
                  Street Address  500 Pearl Street

Rev. 05/2010

County, City New York
State & Zip Code New York, 10032
Telephone Number

Defendant No. 2   Name Manhattan Psychiatric Center
Street Address 600 East 125th Street
County, City New York
State & Zip Code New York, 10035
Telephone Number 646-672-

Defendant No. 3   Name Smallwood    MHTA
Street Address 600 East 125th Street
County, City New York
State & Zip Code New York, 10035
Telephone Number

Defendant No. 4   Name Fred Daniels / Carole Pierre
Street Address 600 East 125th Street
County, City New York
State & Zip Code New York, 10035
Telephone Number

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions            ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? New York State, Nassau, Long Island, Bath

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship New York State
Defendant(s) state(s) of citizenship New York State

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

Rev. 05/2010

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NYC, Manhattan Psychiatric Center Queens, Jamaica

B. What date and approximate time did the events giving rise to your claim(s) occur? April, 2000 - July 2005

C. Facts: [What happened to you? / Who did what?] Defendants have a sealed case filed in your SDNY Criminal Court. The case was filed during the period mentioned above. The case originated with an (Smallwood) MPC employee's son as a defendant in a criminal matter and moved to included all defendants noted on page 2 of the complaint. Manhattan Psychiatric Center's District Attorney, Deputy Director and Director were all noted in the case and present.

[Was anyone else involved?]

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I am requesting the Honorable judge release the sealed record filed in yoursourt. The record or file or document is subpoena by Queens County Civil Court: case # 742611/14 for pertinent information and validity. The plaintiff is seeking Candice Cortez and a monetary award for all injuries (physical, mental including assault) and property restoration.

**V.  Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. The plaintiff and attorney (A. Ghuman, ESQ) are seeking the sealed or unsealed record, we need the honorable judge's permission to unseal the record. There is no monetary compensation being sought at this time, there maybe a future file.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1 day of February 2016

Signature of Plaintiff: Peter S—

Mailing Address: 121-09 197 Street, Springfield Gdns, NY 11413

Telephone Number: 718-986-1073

Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010

**United States Treasury** 15-51/000   P 546,722,095



Check No.

12 31 15  28045300   KANSAS CITY, MO      4033 38976376
000296640683      4033 38976376 S      0000151221C1M4

Pay to the order of

DETRIA LEGG FOR
OMARI LEGG WASHINGTON
12109 197 STREET
SPRINGFIELD GARDENS NY 11413 1140

$*****577*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

SOC SEC FOR DEC

⑈⋕40337⋕⋕  ⋕:000000518⋕:  38976376⋕⋕⋕  071215

| Thomas P. DiNapoli<br>State Comptroller | DETRIA LEGG | | | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Current<br>YTD | 1,253.92<br>2,507.84 | 1,336.87<br>2,673.74 |
| Check # 36558277<br>Check Date 01/21/2016 | Pay Start Date 12/24/2015<br>Pay End Date 01/06/2016 | | Negotiating Unit 05<br>Retirement System ERS | | | Net Pay | | 1,011.70 |
| Department ID 50080 | NYS EMPLID N01221975 | | | | | Pay Rate | | 66,494.00 |

| EARNINGS | Current<br>Hrs/Days | Earnings | YTD<br>Hrs/Days | Earnings | TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay Salary Employee<br>Final PEF DRP Repayment<br>Location Pay<br>Overpaid in 2015 | | 1,271.73<br>57.28<br>57.87<br>-132.96 | | 2,543.46<br>114.56<br>115.74<br>-265.92 | Marital Status<br>Allowances<br>Addl. Amt. | S<br>7 | S<br>7 | S<br>8 | |

| | | | TAXES | Current | YTD |
|---|---|---|---|---|---|
| | | | Fed Withholding<br>Medicare<br>Social Security<br>NY Withholding<br>NYC Withholding | 15.99<br>19.39<br>82.88<br>37.77<br>23.70 | 31.98<br>38.77<br>165.77<br>75.54<br>47.40 |

| BEFORE TAX DEDUCTIONS | Current | YTD | AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|
| Regular Before Tax Health | 50.01 | 100.02 | ERS Retirement After Tax<br>PEF Member | 12.48 | 24.96 |

Household expenses: Ins. $179.27/month × 12m = $2151.24
Tax $90.00/month × 12m = $1080.00
Water $100.00/month × 12m = $1200.00
Telephone $128.00/month × 12m = $1536.00
Electric $117.00/month × 12m = $1404.00
Gas $150.00/month × 12m = $1800.00
Car Insurance $80.00/month × 12m = $960.00
① Cell $60.00/month × 12m = $720.00
② Cell $45.00/month × 12m = $540.00
Total $949.27/month × 12m = $11,391.24

Signature _____ Date _____ Signature [signed] Date 10/8/14

Signature _____ Date _____ Signature _____ Date _____

CIV-GP-32-I (5105)

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
----------------------------------------------------------------x
Detria Legg,

               Plaintiff,

               -against-

Fred Daniels & Carole Pierre,

               Defendant.
----------------------------------------------------------------x

Index No. 024261 /2014

**COMPLAINT**

TO THE CIVIL COURT OF THE CITY OF NEW YORK

    The complaint of the plaintiff, Detria Legg, Pro Se, respectfully shows and alleges as follows:

1. The plaintiff herein, Detria Legg, is a resident of the State of New York. Ms. Legg resides at 121-09 197th Street, Springfield Gdns, New York.

2. The defendant(s) herein, Fred Daniels & Carole Pierre, had a principal place of business at Manhattan Psychiatric Center, Wards Island Complex, Wards Island, NY. Defendant, is retired and was engaged in the business of Administration, and as a Licensed Practical Nurse and Carole Pierre, is a license Doctor of Dental Hygiene.

3. Plaintiff Legg, Pro Se, desired to see Candice Cortez. She discussed it with Fred Daniels, LPN, and was denied. Plaintiff's Cause of Action, Civil Right violated with the suspicions of a Alien Kidnapping Prevention, Private Nuisance for pollution, Physical behavior evidence of abuse, and time within which, origin decree, is malicious abuse by person other than parent. Thomas Reuters Corp. Cause of

Action, Easy Access, 2013; Volume 1-30; Volume 1-58, COA2d: pg. 62 and 864.

4. On June 16, 1997, plaintiff and defendant, after a walk-in court preceding with Honorable Judge Paynter, Queens Criminal Court, 125-01, Queens Blvd., Kew Gardens, NY 11415, Part __ Term_. Candice Cortez was ordered to reside at 121-09 197th Street, Springfield Gardens NY, 11413.

5. Candice Cortez, was last seen with Fred Daniels. I am requesting the defendant(s), to produce Candice Cortez, to 89-17 Sutphin Blvd., Jamaica New York, 11435, New York City, Civil Court, with certified birth certificate and social security card, at 9:00am on the date of, September ___ 2014, and to further state that she is an independent adult; and to proceed legally within the US legal system.

6. If the defendant(s) does not respond to the summons and complaint, I will request counsel to proceed to further criminal preceding, Reuters & Getty. 2013. Cops tried to visit Ohio home. AM News, May 8, 2013.

WHEREFORE, plaintiff demands judgment against defendant in the sum of $5,000.00, plus interest from August, 7, 2014, cost and disbursements, together with any other relief the Court finds to be just and proper.

Dated: August 7, 2014

_____
Detria Legg, Pro Se
121-09 197th Street
Springfield Gdns New York, 11413

## VERIFICATION

Detria Legg, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

9/5/14                                                                                              *[signature]*, Pro Se

# Civil Court of the City of New York
**County of Queens**

Index Number: CV-024261-14/QU

DETRIA LEGG
    Plaintiff(s)
-against-
FRED DANIELS; CAROLE PIERRE
    Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s):
DETRIA LEGG
121-09 197TH STREET
Springfield Gardens, NY 11413

To the named defendant (s)
FRED DANIELS (Deft), at 600 EAST 125TH STREET, WARDS ISLAND, NY 10035
CAROLE PIERRE (Deft), at 600 EAST 125TH STREET, WARDS ISLAND, NY 10035

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the **County of Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $1,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: September 11, 2014

Carol Alt
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: **Breach of Contract or Warranty ; Damage cause to property other than automobile ; Failure to provide repairs ; Failure to return property; Failure to return money; Failure to pay for services rendered ; Failure to pay for money loaned ; Loss of property ; Loss of time from work ; Loss of use of property; Returned merchandise for $1,000.00 with interest from 01/03/2007;**

### *NOTE TO THE DEFENDANT

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within *TWENTY* days after such service; or

B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

C) Following CPLR 321(a) corporations must be represented by an attorney.

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME: _D Legg/A. Gunn, ESQ_
PRINT NAME: DETRIA LEGG

**Lefferts Medical Associates PC**
266-19 Union Turnpike,
New Hyde Park, NY 11040
Phone: (718)347-0434
Fax: (718)347-0517
www.Leffertsmedical.com

05/08/2015

TO WHOM IT MAY CONCERN:

Please be advised that Mrs. Detria Legg D.O.B.09/14/1963 has been a patient of this practice.

Mrs. Legg is physically and mentally fit to return to work with not restrictions.

Please contact us at the above mentioned phone number if any further information is required.

Sincerely,   Inderpal Chhabra, MD, FACP
Lefferts Medical Associates, PC
266-19 Union Turnpike
New Hyde Park, NY 11040

Inderpal Chhabra M.D. F.A.C.P.

# SHAMA RASOOL, M.D.

Forest Hills Psychiatric, PC
76-03 113TH STREET
FOREST HILLS, NY 11375

Date: 04/08/15

Patient: Detria, Legg
DOB: 09/14/1963

To Whom It May Concern:

The above name patient was seen in my office today for an appointment.

If you have any questions, feel free to contact me at (718) 268-1100.

Thank you.

Sincerely,

*[signature]*

SHAMA RASOOL, M.D.

**State of New York, County of Queens**
**Civil Court of the City of New York Civil Part**

DETRIA LEGG
                      Plaintiff(s)
   -against-
FRED DANIELS; CAROLE PIERRE
                      Defendant(s)

Index Number: **CV-024261-14/QU**

**SUBPOENA FOR RECORDS**

Requested by:
DETRIA LEGG
121-09 197TH STREET
Springfield Gardens, NY 11413

## THE PEOPLE OF THE STATE OF NEW YORK

To: **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT COURT OF NEW YORK; UNITED STATES COURT HOUSE 500 PEARL STREET NEW YORK, NY 10007**

We command that you or someone on your behalf provide and produce the following item(s), along with a copy of this subpoena:

> $OT{Optional-Description of what needs to be subpoenaed}   Attn:Record Room
>
> Supoena
> Subpoena for Records: Fred Daniels; Carole Pierre vs Manhattan Psychiatric Center or People or NYS or Smallwood, Et. Al.,(1993-2000).

To the Clerk of the Civil Court of the City of New York County of Queens located at **89-17 Sutphin Boulevard, Jamaica, NY 11435** on or before **March 9, 2016** in Part 11 - Self Represented Non-Jury 101 at 9:30 AM

    [x] to the Records Section of this Court located in Room QUEENS CIVIL COURT 89-17 SUTPHIN BLVD ROOM 147 JAMAICA NY 11435
    [x] to the Hon _____II_____ in Part __II__, Room _101_.

NOTE: A copy of any subpoena for records served in a pending action shall also be served on each party who has appeared in the action, according to CPLR Rule 2103, so that it is received by such parties promptly after service on the witness and before the production of books, papers or other things. You need not pay a witness fee to anyone other than the witness, but you must fill out an affidavit of service for each party served, as well as for the witness.

Failure to comply with a subpoena may be punishable as contempt of court and/or make you liable for a penalty not exceeding **ONE HUNDRED FIFTY DOLLARS ($150.00)** and damages sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: October 27, 2015

                                                                 CHIEF CLERK
                                                                 Carol Alt
                                                                 Chief Clerk

                                       If required, So Ordered:

 
                                                    Judge of the Civil Court of the City of New York

# Affidavit of Process Server

STATE OF NEW YORK, COUNTY OF QUEENS, CIVIL COURT OF THE CITY OF NEW YORK / CIVIL PART
(NAME OF COURT)

| DETRIA LEGG | vs FRED DANIELS; CAROLE PIERRE | CV-024261-14/QU |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

ROBERT L. LAWSON, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served UNITED STATES DISTRICT COURT, SDNY
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUBPOENA FOR RECORDS

by leaving with MAILED _____ At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☑ Business 500 PEARL STREET, ATTN: RECORD ROOM    NEW YORK, NY 10007
ADDRESS    CITY / STATE

On OCTOBER 5, 2015    AT 4:00 PM
DATE    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on OCTOBER 5, 2015
DATE

from NEW YORK    NY    10001
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
DATE TIME    DATE TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE TIME    DATE TIME    DATE TIME

Description: Age ___ Sex ___ Race ___ Height ___ Weight ___ Hair ___ Beard ___ Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 6th day of OCTOBER, 20 15, by ROBERT L. LAWSON
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ARLETTE SIMMONS
Notary Public State of New York
No: 01SI5162427
Qualified in New York County
My Commission Expires November 05, 20__

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NEW YORK

State of New York, County of Queens  
Civil Court of the City of New York Civil Part

Index Number: CV-024261-14/QU

DETRIA LEGG

                    Plaintiff(s)

  -against-

FRED DANIELS; CAROLE PIERRE

                    Defendant(s)

**SUBPOENA FOR RECORDS**

Requested by:  
DETRIA LEGG  
121-09 197TH STREET  
Springfield Gardens, NY 11413

THE PEOPLE OF THE STATE OF NEW YORK

To:   United States District Court,

Southern District Court of New York: United States Court House

500 Pearl Street, New York, New York 10007-1312  
Att: Records Room

We command that you or someone on your behalf provide and produce the following item(s), along with a copy of this subpoena:

$OT{Optional-Description of what needs to be subpoenaed}.

Subpoena for Records: Fred Daniels; Carole Pierre vs Manhattan Psych Center or People or NYS or Smallwood, Et. Al. (1993-2000).

To the Clerk of the Civil Court of the City of New York County of Queens located at 89-17 Sutphin Boulevard, Jamaica, NY 11435 on or before **October 8, 2015** in Part 11 - Self Represented Non-Jury 101 at 9:30 AM

☐ to the Records Section of this Court located in Room _____  
☐ to the Hon _____ in Part _____, Room _____.

NOTE: A copy of any subpoena for records served in a pending action shall also be served on each party who has appeared in the action, according to CPLR Rule 2103, so that it is received by such parties promptly after service on the witness and before the production of books, papers or other things. You need not pay a witness fee to anyone other than the witness, but you must fill out an affidavit of service for each party served, as well as for the witness.

Failure to comply with a subpoena may be punishable as contempt of court and/or make you liable for a penalty not exceeding **ONE HUNDRED FIFTY DOLLARS ($150.00)** and damages sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: August 25, 2015

                                          _____  
                                          Carol Alt  
                                          Chief Clerk

If required, So Ordered:

_____  
Judge of the Civil Court of the City of New York

**GHUMAN LAW & ASSOCIATES**

**Abdul Razzaq Ghuman**
Attorney at Law
C: 571-212-9819
O: 718-262-0062
F: 718-262-0012

**Manhattan Office**
305 Broadway, Suite 400
New York, NY 10007

**Queens Office**
169-20 Hillside Ave, Fl 2
Jamaica, NY 11432

ghumanlawny@gmail.com

*Attorney on record. Kindly call with questions.*